1
2
3
4
5
6
7

Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
rick@rickdalton.law
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFFS

8
9

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

10
11
12
13
14
15
16

| | | |
|---|---|---|
| **SHALON WATTS AND** | § | **CIVIL ACTION NO:** |
| **ANTHONY WATTS** | § | |
| | § | **2:22-cv-00428-KJM-AC** |
| *Plaintiffs* | § | |
| **v.** | § | |
| | § | |
| **ANCHORED TINY HOMES** | § | |
| **INCORPORATED;** | § | |
| | § | |
| *Defendant* | § | **JURY TRIAL REQUESTED** |

17

**MOTION FOR TELEPHONE STATUS CONFERENCE**

18

19

20

21

    **NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, **SHALON WATTS**

**AND ANTHONY WATTS**, who requests a telephone conference with Magistrate Judge Allison

Claire to discuss status of the settlement in this matter.

22

23

24

    **WHEREFORE**, Plaintiffs, **SHALON WATTS AND ANTHONY WATTS**, pray that a

Telephone Status Conference be set in this matter to discuss the status of the settlement for July 10,

2024 at 10:00 AM..

25
26
27
28

-1-

1

RESPECTFULLY SUBMITTED:

2

3

BY: /s/ *Richard C. Dalton*

4

Richard C. Dalton
Texas Bar No. 24033539

5

Louisiana Bar No. 23017
California Bar No. 268598

6

P.O, Box 358
Carencro, Louisiana 70520

7

rick@rickdalton.law

8

Tel. (337) 371-0375

9

ATTORNEY FOR PLAINTIFFS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 7, 2024, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____*Richard C. Dalton*_____
RICHARD C. DALTON

-3-