UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALON WATTS et al, | No. 2:22-cv-00428-DJC-AC |
| Plaintiffs, | |
| v. | ORDER |
| ANCHORED TINY HOMES, INC., | |
| Defendant. | |

On June 30, 2025, Defendant's Attorneys, Christopher J. Fry and Kristine H. Du, filed a Motion to Withdraw as Attorneys of Record. (Mot. (ECF No. 33).) In the Motion, Defendant's Counsel represents that Defendant Anchored Tiny Homes, Incorporated is aware of the withdrawal and will not be unduly prejudiced by the withdrawal. (*Id*. at 2.) Moreover, Counsel represents that Defendant does not oppose the withdrawal. (ECF No. 33-1, at 1.) Plaintiff did not file an opposition which shall be construed as non-opposition to the Motion. *See* E.D. Cal. L.R. 230(c).

Upon review of Defendant's Motion, absent opposition by Plaintiff, the Court finds a conflict of interest exists that renders further representation unreasonably difficult and/or impossible. (Mot. at 3.) As such, attorney-client relationship has

broken down such that it is no longer possible for retained counsel to continue representing Defendant in this case.

Consequently, the Court GRANTS Defendant's Motion to Withdraw as Attorney of Record (ECF No. 33).

Within thirty (30) days of service of this Order, Defendant shall retain new counsel, as Defendant is a corporate entity.  *See* E.D. Cal. L.R. 183(a).  New counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a). Should Defendant fail to comply, Plaintiff may seek to have the Answer stricken.

Outgoing Counsel shall serve a copy of this Order on Defendant Anchored Tiny Homes, Incorporated at their last known address forthwith and shall thereafter file with the Court a certificate of service attesting to such service.  At such time as service is completed, Attorneys Christopher J. Fry and Kristine H. Du's responsibility to represent Defendant Anchored Tiny Homes, Incorporated will be terminated.

The Motion Hearing set for September 4, 2025, is VACATED.

IT IS SO ORDERED.

Dated:   **August 29, 2025**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – WATTS22cv00428.mtw_v1