# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALON WATTS, ET AL., | Case No.: 2:22-cv-00428-DJC-AC |
|    Plaintiffs, | |
|     v. | **ORDER REFERRING CASE TO** |
| ANCHORED TINY HOMES | **MAGISTRATE JUDGE** |
|    Defendant. | |

On September 2, 2025, Defendant was granted thirty (30) days to retain counsel and for retained counsel to file a notice of appearance in this action. (ECF No. 35.) To date, the docket is absent any such notification. Accordingly, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings. *See* E.D. Cal. L.R. 302(c)(21). Any pending deadlines and hearings set before the assigned District Judge are VACATED. All documents hereafter filed with the Clerk of the Court shall bear case number: 2:22-cv-00428-DJC-AC (PS).

IT IS SO ORDERED.

Dated: October 24, 2025           /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE