UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALON WATTS, et al., Plaintiffs, v. ANCHORED TINY HOMES, Defendant. | No. 2:22-cv-0428 DJC AC PS<br><br>ORDER |

On October 27, 2025, defendant, who was initially represented by counsel, was declared to be without counsel and proceeding in pro se. ECF No. 37. Defendant is alleged to be a California corporation. ECF No. 1 at 1. It is well established that to proceed in litigation, "[a] corporation must be represented by counsel." Reading Int'l, Inc. v. Malulani Grp., Ltd., 814 F.3d 1046, 1053 (9th Cir. 2016). Over a year has passed since defendant was declared to be without counsel, and plaintiffs have not moved for the answer in this case to be stricken, requested entry of default, or taken any other action in this case.

Good cause appearing, IT IS ORDERED that plaintiffs shall submit a status report and show cause why this case should not be dismissed for failure to prosecute. If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: November 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE